1  Lindy F. Bradley, Esq., State Bar No. 207533
     *lbradley@bglawyers.com*
2  Anastasia Markie, Esq., State Bar No. 318155
     *amarkie@bglawyers.com*
3  BRADLEY & GMELICH LLP
   700 North Brand Boulevard, 10th Floor
4  Glendale, California 91203-1202
   Telephone:  (818) 243-5200
5  Facsimile:  (818) 243-5266

6  Attorneys for SF MARKETS, LLC
   (Erronsuely sued and served as SPROUTS FARMERS
7  MARKET]

8

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| DEANNA COWELL,<br><br>            Plaintiff,<br><br>      vs.<br><br>SPROUTS FARMERS MARKET,<br>DOES 1 TO 10,<br><br>            Defendants. | **Case No.:**<br><br>**NOTICE OF REMOVAL**<br><br>*(Assigned to the Hon. Kristin Escalante, Department 2)*<br><br>Complaint Filed:   11/21/2019<br>Discovery Cutoff: 04/20/2021<br>Motion Cutoff:    05/05/2021<br>Trial Date:        05/20/2019 |

12

13

14

15

16

17

18

19      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20      PLEASE TAKE NOTICE THAT Defendant, SF Markets, LLC (erroneously

21  sued and served as Sprouts Farmers Market) hereby removes to this Court the state

22  court action described below.  Removal of this action is proper for the following

23  reasons:

24  **I      TIMELINESS**

25      1.      Plaintiff commenced her action on or about November 21, 2019, by

26  filing a Complaint asserting causes of action for Negligence and Premises Liability.

27  A true and correct copy of the Complaint is attached hereto as Exhibit A.

28      2.      Defendant, SF Markets, LLC (erroneously sued and served as Sprouts

NOTICE OF REMOVAL

1  Farmers Market) is named as a defendant; it has been served with the Complaint.

2       3.     This notice of removal is timely in that it is filed on or before thirty

3  (30) days after service of the Complaint, and the Complaint contains notice that the

4  case is removable within the meaning of 28 USC §§ 1441(b) and 1446.

5  **II**    **BASIS FOR REMOVAL**

6       4.     This is a civil action over which this Court has original jurisdiction

7  under Title 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court

8  by defendant, SF Markets, LLC, pursuant to the provisions of Title 28 U.S.C. §

9  1441(b) in that the action is between citizens of different States.

10       5.     Plaintiff's Complaint alleges that the incident occurred in the State of

11  California. Plaintiff also resides in California. Defendant, SF Markets, LLC, is a

12  limited liability company registered in Delaware, with a principal place of business

13  in Arizona, where its high-level officers direct, control, and coordinate the

14  company's activities. SF Markets, LLC, is wholly owned by Sprouts Farmers

15  Markets, Inc., registered in Delaware, with a principal place of business in Arizona,

16  where the corporation's high-level officers direct, control, and coordinate the

17  corporation's activities.

18       6.     Upon information and belief, Plaintiff's damages exceed $75,000.00.

19  **III**    **VENUE**

20       7.     The Los Angeles Superior Court is located within the jurisdiction of the

21  United State District Court, Central District of California. *See* Title 28 U.S.C. §

22  84(c)(2). This venue is proper, pursuant to Title 28 U.S.C. § 1391. This Notice of

23  Removal is therefore properly filed in this Court, pursuant to Title 28 U.S.C. § 1441.

24  **IV**    **PLEADINGS AND PROCESS**

25       8.     Other than Exhibit A, there are no other pleadings on file in the State

26  Court action. This Notice of Removal is being filed without prejudice to

27  Defendant's objections and defenses.

28       9.     Counsel for Defendant certifies that it will file a true and correct copy

BRADLEY & GMELICH LLP

1  of this Notice of Removal with the Clerk of the Superior Court of California,

2  County of Los Angeles, as required by Title 28 U.S.C. § 1446, and give notice of

3  same to Plaintiff.

4       WHEREFORE, Defendant, SF Markets, LLC, hereby removes the action now

5  pending against it in the Superior Court of the State of California for the County of

6  Los Angeles, to this Honorable Court, and requests that this Court retain jurisdiction

7  for all further proceedings.

8

9  Dated: December 3l , 2019          BRADLEY & GMELICH LLP

10

11

12                            By: _____

13                                 Lindy F. Bradley
                                   Anastasia Markie

14
                                   Attorneys for SF MARKETS, LLC
15                                 (Erroneously sued and served as
                                   SPROUTS FARMERS MARKET]
16

17

18

19

20

21

22

23

24

25

26

27

28

BRADLEY & GMELICH LLP

**BRADLEY & GMELICH** LLP

## PROOF OF SERVICE

### Deanna Cowell vs. Sprouts Farmers Market, et al.
### Case No. 19STCV42205

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On December 31, 2019, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Michael L. Kelly, Esq.
Connor M. Karen, Esq.
Kirtland & Packard, LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile:  (310) 536-1001
E-Mail: mlk@KirtlandPackard.com
*Attorneys for Plaintiff, Deanna Cowell*

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Bradley & Gmelich LLP's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 31, 2019, at Glendale, California.

_____
Judee J Golez

4
NOTICE OF REMOVAL