Lindy F. Bradley, Esq., State Bar No. 207533
  lbradley@bglawyers.com
Julie A. Bachert, Esq., State Bar No. 328572
  jbachert@bglawyers.com
BRADLEY & GMELICH LLP
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1202
Telephone:  (818) 243-5200
Facsimile:   (818) 243-5266

Attorneys for Defendant, SF MARKETS, LLC
(Erroneously sued and served as SPROUTS FARMERS MARKET)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEANNA COWELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, DOES 1 TO 10,<br><br>　　　　Defendants. | Case No. 2:19-cv-10975<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>*Assigned to Magistrate Judge Michael R. Wilner*<br><br>Complaint (State) Filed: 11/21/2019<br>Trial Date; 05/03/2021 |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, DEANNA COWELL and Defendant, SF MARKETS, LLC, through their respective attorneys of record herein that the above-entitled matter has been settled by and among the parties and that upon such basis, the parties hereby stipulate that the above-captioned matter be and hereby is dismissed with prejudice pursuant to Federal Rule

/ / /
/ / /
/ / /
/ / /

of Civil Procedure 41(a) (1).

Dated: October 7, 2020　　　　　　　BRADLEY & GMELICH LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Lindy F. Bradley
　　　　　　　　　　　　　　　　　　　　Julie A. Bachert
　　　　　　　　　　　　　　　　　　Attorneys for Defendant, SF MARKETS, LLC (Erroneously sued and served as SPROUTS FARMERS MARKET)

Dated: November 09, 2020　　　　　　KIRTLAND & PACKARD LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Michael L. Kelly
　　　　　　　　　　　　　　　　　　　　Connor M. Karen
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, DEANNA COWELL

2
**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

# PROOF OF SERVICE

**Deanna Cowell vs. Sprouts Farmers Market, et al.**
**Case No. 19STCV42205**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On November 10, 2020, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** on the interested parties in this action as follows:

Michael L. Kelly, Esq.
Connor M. Karen, Esq.
Solomon Salehani, Esq.
Kirtland & Packard, LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001
E-Mail: mlk@KirtlandPackard.com;
cmk@kirtlandpackard.com;
ss@kirtlandpackard.com
*Attorneys for Plaintiff, Deanna Cowell*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 10, 2020, at Glendale, California.

_____
Inessa Aristakesyan

---

1
**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**